PREET BHARARA
United States Attorney for the
Southern District of New York
By: CHRISTOPHER CONNOLLY
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2761
Fax: (212) 637-2786
E-mail: christopher.connolly@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br> v.<br><br>LT. GEN. FRANKLIN LEE HAGENBECK, BRIG. GEN. WILLIAM E. RAPP, and the UNITED STATES OF AMERICA,<br><br>    Defendants. | 13 Civ. 2802 (AKH)<br><br>**NOTICE OF MOTION** |

   PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of Christopher Connolly dated September 20, 2013 and attached exhibit, and all prior pleadings and proceedings herein, defendants Lt. Gen. Franklin Lee Hagenbeck, Brig. Gen. William E. Rapp, and the United States of America, by their attorney, Preet Bharara, United States Attorney for the Southern District of New York, shall move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for dismissal of the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated:   New York, New York
        September 20, 2013

                PREET BHARARA
                United States Attorney for the
                Southern District of New York

By:   /s/ Christopher Connolly
      CHRISTOPHER CONNOLLY
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Tel.: (212) 637-2761
      Fax: (212) 637-2786
      E-mail: christopher.connolly@usdoj.gov